# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY GENE SPRINGER,<br><br>Petitioner,<br><br>v.<br><br>KIMBERLY HOLLAND, Warden,<br><br>Respondent. | Case No. ED CV 16-1139 AG (MRW)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

The Court grants Petitioner's request to voluntarily dismiss this habeas action without prejudice. The dismissal does not affect Petitioner's other, recently-transferred habeas action that remains pending in this Court.

\* \* \*

This is a habeas action by a state prisoner. Petitioner is serving a life sentence for a murder conviction. (Docket # 1 at 2.) The state appellate court affirmed the conviction on direct appeal. (Id. at 3.) The state supreme court denied review without comment. (Id.)

An attorney filed a habeas petition on Petitioner's behalf on a pro bono basis. The petition asserted several claims that were admittedly "incomplete" but

would be augmented "once the Court appoints this counsel" to represent Petitioner. (Id. at 7.)

Magistrate Judge Wilner conducted a telephone conference with the parties. (Docket # 13.) Judge Wilner previously denied the request to appoint Petitioner's private attorney at federal cost. (Docket # 6.) Judge Wilner further explained that the private attorney had not properly sought to withdraw from representing her incarcerated client. (Docket # 11.) The lawyer subsequently resubmitted her withdrawal motion and properly noticed Petitioner with the submission. (He did not object to the lawyer withdrawing from the case.) (Docket # 14.) Judge Wilner granted the lawyer's withdrawal request.

Petitioner filed his own statement with the Court. (Docket # 15.) In it, Petitioner: (a) renewed his request for appointment of a lawyer; and, if no lawyer was appointed, (b) asked that the case be dismissed without prejudice. Judge Wilner concluded that Petitioner failed to adequately demonstrate circumstances that warranted a discretionary appointment of a lawyer. (Docket # 16.) To date, the California Attorney General has not responded to the merits of the incomplete habeas petition.

Meanwhile, Petitioner filed – on a pro se basis – a separate habeas action in the federal court in San Diego. Pursuant to federal practice, that court transferred the matter to this Court (the Central District of California, in which his criminal conviction occurred). The Clerk of the Court opened the matter under a different case number to avoid confusion. Springer v. Beard, ED CV 16-1540 AG (MRW) (C.D. Cal.). Judge Wilner recently ordered the new habeas petition to be served on the Attorney General for response.

* * *

Petitioner's dismissal request is GRANTED. The unadjudicated habeas action (No. 16-1139) will be voluntarily DISMISSED without prejudice pursuant

to Federal Rule of Civil Procedure 41(a)(1-2). Petitioner's self-filed action (No. 16-1540) remains active in this Court.

IT IS SO ORDERED.

Dated: JULY 28, 2016

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE